**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON APPELLANT'S
MOTION FOR REHEARING

Appellate case name:        Walter Harvey Ballard, Jr. v. The State of Texas

Appellate case number:   01-15-00275-CR

Trial court case number:  1390115

Trial court:                        183rd District Court of Harris County

Date motion filed:            October 5, 2017

The August 8, 2014 motion to withdraw or withhold publication of the panel opinion until disposition of his rehearing motions is **DENIED**.

It is ordered that the motion for rehearing is **DENIED.**

Judge's signature: /s/ Michael Massengale
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Massengale

Date: November 16, 2017